Nelson R. CONTRERAS, Appellant,

v.

The STATE of Texas, Appellee.

No. 1006–82.

Court of Criminal Appeals of Texas,
En Banc.

Feb. 9, 1983.

John R. Martinez, Gustavo E. Gonzales,
Dallas, for appellant.

Henry Wade, Dist. Atty., Molly Meredith
and James T. Jacks, Asst. Dist. Attys., Dal-
las, Robert Huttash, State's Atty. and
Alfred Walker, Asst. State's Atty., Austin,
for the State.

OPINION ON APPELLANT'S PETITION
FOR DISCRETIONARY REVIEW

CAMPBELL, Judge.

This cause is before us on appellant's
petition for discretionary review, the Court
of Appeals having affirmed his conviction
for aggravated assault after a Motion to
Proceed to Adjudication was found to be
true by the trial court.

However, in *Williams v. State,* 592
S.W.2d 931 (Tex.Cr.App.1979), we held that
under the terms of Article 42.12, § 3d(b),
V.A.C.C.P., no appeal may be taken from
the hearing in which the trial court deter-
mines to proceed with an adjudication of
guilt on the original charge. See *Wright v.
State,* 592 S.W.2d 604 (Tex.Cr.App.1980)
and *Daniels v. State,* 615 S.W.2d 771 (Tex.
Cr.App.1981). Accordingly, the purported
appeal should have never been entertained
by the Court of Appeals. Therefore, appel-
lant's petition for discretionary review is
refused.

It is so ordered.